IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HENRY CHEN : CIVIL ACTION

vs. :

MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION : NO. 09-CV-3074

ORDER

AND NOW, this 3rd day of August, 2010, upon consideration of the Brief and Statement of Issues in Support of Request for Review (Docket No. 8) filed by Plaintiff on October 29, 2009; upon consideration of Defendant's Response to Request for Review by Plaintiff (Docket No. 9) filed November 30, 2009; upon consideration of Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (Docket No. 10) filed December 9, 2009; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin and the Plaintiff's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The relief sought by Plaintiff is DENIED.

3. The decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

J. CURTIS JOYNER, J.